USDC/ATTY-001 (Rev. 8/06) | LR Cr P 44.6 or LR Civ P 83.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

Randy C. Huffman, et al.

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

V.

United States Environmental Protection Agency, et al.

CIVIL ACTION NUMBER 2:10-1189

---

Sherry A. Armstrong, Bailey & Glasser, LLP                                    427880 (Connecticut)

*Name of Visiting Attorney and firm name*          *Bar ID number*

Randy C. Huffman, et al. - Plaintiffs

*Name of party represented*

State of Connecticut Judicial Branch, Statewide Grievance Committee
287 Main Street, 2nd Floor, Suite 2
East Hartford, CT  06118

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301

*Visiting Attorney's office address*

304-345-6555                     304-342-1110                     sarmstrong@baileyglasser.com

*Visiting Attorney's office telephone number*      *Office fax number*      *Email address*

Benjamin L. Bailey
Bailey & Glasser, LLP                                                      WV  200

*Name of Sponsoring Attorney and firm name*                                *WV Bar ID number*

209 Capitol Street
Charleston, WV 25301

*Sponsoring Attorney's office address*

304-345-6555                     304-342-1110                     bbailey@baileyglasser.com

*Sponsoring Attorney's office telephone number*      *Office fax number*      *Email address*

USDC/ATTY-001 (Rev. 01/06) | LR Civ P 83.6 or LR Cr P 44.6 Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_11/12/2010_
*Date*

_[signature]_
*Signature of Visiting Attorney*

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_11/12/2010_
*Date*

_[signature]_
*Signature of Sponsoring Attorney*